**SO ORDERED.**
**SIGNED this 11th day of August, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**



_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

In re

JAMES ANDREW PARKER
dba PARKER'S REPAIR

Case No. 3:20-bk-30458-SHB
Chapter 7

Debtor

## O R D E R

On July 12, 2022, Debtor filed a Motion for Contempt & Motion for Turnover of Funds ("Motion") [Doc. 46], seeking turnover of funds levied by Jefferson Memorial Hospital, by and through counsel, Wakefield and Associates, LLC, against Debtor's bank account in violation of the automatic stay. After a hearing on the Motion on August 10, 2022, at which Debtor's counsel announced that an agreed order would be tendered, and in consideration of the exhibits filed in support of the Motion that reflect post-petition collection activity twice commenced by Wakefield and Associates, LLC in violation of the automatic stay provisions of 11 U.S.C. § 362(a) after the firm was repeatedly provided notice of the bankruptcy case, the Court directs the following:

1. Russell T. Fisher shall appear on September 7, 2022, at 9:00 a.m., in Bankruptcy

Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee, to show cause why he should not be held in contempt and sanctioned pursuant to 11 U.S.C. §§ 105 and 362(k) for willful violation of the automatic stay in this case.

2. Timothy D. Hall shall appear on September 7, 2022, at 9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee, to show cause why he should not be held in contempt and sanctioned pursuant to 11 U.S.C. §§ 105 and 362(k) for willful violation of the automatic stay in this case.

3. A managing attorney with Wakefield and Associates, LLC shall appear on September 7, 2022, at 1:30 p.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee, to show cause why he or she should not be sanctioned for failing to properly monitor and supervise Mr. Fisher and Mr. Hall and for the firm's failure to put into place safeguard measures to prevent post-petition collection action resulting in willful violations of the automatic stay.

4. The clerk shall mail a copy of this Order to (1) Russell T. Fisher, c/o Wakefield and Associates, LLC, Post Office Box 51272, Knoxville, Tennessee 37950-1272; (2) Timothy D. Hall, c/o Wakefield and Associates, LLC, Post Office Box 51272, Knoxville, Tennessee 37950-1272; and (3) Wakefield and Associates, LLC, Attn: Managing Attorney, Post Office Box 51272, Knoxville, Tennessee 37950-1272.

###