**The court reserves the issues to be addressed at the hearing on September 7, 2022, as directed in the Order entered August 12, 2022 (Doc. 48).**



**SO ORDERED.**
**SIGNED this 24th day of August, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ Suzanne H. Bauknight
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

___

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **JAMES ANDREW PARKER** ) | Case # 3:20-bk-30458-SHB |
| ) | Chapter 13 |
| Debtor. ) | |

## AGREED ORDER

Upon the Motion for Contempt filed by the Debtor, by Counsel, and after notice and hearing held on August 10, 2022, it is hereby:

**ORDERED** that pursuant to an agreement with Jefferson Memorial Hospital it agrees to pay the sum of $1,500.00 to the Debtor c/o Mayer & Newton Attorneys to resolve the Contempt Claims asserted by the Debtor for Damages and Legal fees.

###

**APPROVED FOR ENTRY:**

s/ Richard M. Mayer # 5534
s/ John P. Newton, Jr. #010817
Law Office of Mayer & Newton
Landmark Center South Tower
1111 Northshore Drive
Knoxville, TN 37919
(865)588-5111


s/ Russell Fisher
Russell Fisher
Attorney for Jefferson Memorial Hospital
Wakefield & Associates
10265 Kingston Pike Suite C
Knoxville, TN 37922