# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE

In Re

JAMES ANDREW PARKER            Case No. 3:20-bk-30458-SHB
dba PARKER'S REPAIR               Chapter 13

         Debtor

## MOTION OF RUSSELL T. FISHER AND TIM D. HALL TO CONTINUE SHOW CAUSE HEARING SET FOR SEPTEMBER 7, 2022

Comes now, Russell T. Fisher and Timothy D. Hall, attorneys for Wakefield & Associates LLC, and in support of our Motion to Continue Show Cause hearing previously set for September 7, 2022, would show the Court that Mr. Fisher has a previously scheduled conflict on September 7, 2022 and respectfully asks this Honorable Court to set the previously scheduled Show Cause Hearing for October 12, 2022.

                                         Respectfully submitted,

                                         /s/ Russell T. Fisher
                                         Russell T. Fisher
                                         Attorney for Jefferson Memorial Hospital
                                         Wakefield & Associates
                                         7005 Middlebrook Pike
                                         Knoxville, TN 37909
                                         865-971-1322
                                         russell.fisher@wakeassoc.com

# CERTIFICATE OF SERVICE

       I hereby certify that on September 2, 2022, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic case filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic case filing system.

                                             <u>/s/  Russell T. Fisher</u>
                                             Russell T. Fisher
                                             Attorney for Wakefield & Associates