**The motion is granted, and the hearing is continued to October 12, 2022, at 9:00 a.m.**



**SO ORDERED.**
**SIGNED this 6th day of September, 2022**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

In Re

JAMES ANDREW PARKER                    Case No. 3:20-bk-30458-SHB
dba PARKER'S REPAIR                     Chapter 13

                    Debtor


## ORDER GRANTING CONTINAUNCE OF SHOW CAUSE HEARING


This matter came to be heard upon Motion to Continue the Show Cause Hearing filed by Attorney Russell T. Fisher and Timothy D. Hall.

The court finds there is good cause, and this is hereby set on October 12, 2022.


APPROVED FOR ENTRY:

/s/ Russell T. Fisher
Russell T. Fisher
Attorney for Jefferson Memorial Hospital
Wakefield & Associates
7005 Middlebrook Pike
Knoxville, TN 37909
865-971-1322
russell.fisher@wakeassoc.com